IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARQUIS DOUGLAS PRITCHETT,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.
_____/

Case No.  5D21-2443
LT Case Nos. 2017-CF-000999
              2018-CF-004528

Decision filed May 10, 2022

Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Matthew J. Metz, Public Defender,
and Joseph Chloupek, Assistant
Public Defender, Daytona Beach,
for Appellant.

Marquis Douglas Pritchett, Lake
Butler, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, TRAVER and WOZNIAK, JJ., concur.